Return Date: 5/25/17 @ 10am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: Yves Darbouze,

Case No. 16-41460-ess
Chapter 7

Debtor(s)
-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of Yves Darbouze, a hearing will be held before the Hon. Judge Stong, Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

Creditors that were not listed as attorneys on my schedule E/F wanted to add and refer to them specifically because the debt was purchased and sold or not covered by business debt and become personal debt for me.

CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK   2017 MAY -4 P 2:24   RECEIVED

Date and time of hearing: 5/25/17 @ 10:00 am
Location : U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
Courtroom # 3585, 3rd Floor

Dated: 5/4/17

Signature
Print name: Yves Darbouze
Address: 425 Greene Ave
Brooklyn NY 11216
Phone: 917-514-4284
Email: yvesdarbouze@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: Yves Darbouze,

Debtor(s)

Case No. 16-41460-ESS
Chapter 7

-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. Judge Stong, Bankruptcy Judge

I, Yves Darbouze, II, make this application in support of my motion for the following relief:

to amend and add creditors

In support of this motion, I hereby allege as follows:

Creditors that were listed as "department of Justice" or IRS has identified themselves annew. These are debts that should have been only attributed to the business which caused my bankruptcy and now has been attributed to me. These debts only recently determined and need to be specified.

These debts include the IRS. Dept of Justice for a Student Loan and Business loans that are seeking me now as debtor.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 5/4/17

Signature